IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JERRY W. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALAMANCE COUNTY DETENTION ) <br> CENTER, TERRY JOHNSON, ) <br> Sheriff, SERGEANT WHITSETT, ) <br> Alamance County Detention ) <br> Center, and SUSAN FORTNER, ) <br> Medical Staff Alamance Co. ) <br> Detention Center, ) <br> ) <br> Defendants. ) | 1:23-cv-30 |

**ORDER**

On October 23, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper

§ 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of November, 2023.

/s/ William L. Osteen, Jr.
United States District Judge